COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| JESUS RICARDO DE HOYOS, | § | |
| | | No. 08-09-00106-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 341st District Court |
| JESUS URBINA, | § | |
| | | of Webb County, Texas |
| Appellee. | § | |
| | | (TC#2008-CVE-1669-D3) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a). The parties represent to the Court that they have settled all of the claims and causes of action pending in the lawsuit below and have agreed to dismiss the appeal. The parties have complied with the requirements of TEX.R.APP.P. 42.1(a)(2).

We have considered the cause on the motion and conclude that the motion should be granted. Therefore, we grant the joint motion to dismiss, and in accordance with the parties' agreement, costs are taxed against the party incurring the same. *See* TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

June 17, 2009

Before Chew, C.J., McClure, and Rivera, JJ.